[No. 2356-1.   Division One.   December 23, 1974.]

RUSSELL O. WESTLAKE *et al.*, *Respondents*, v. FARMERS INSURANCE EXCHANGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 742965, Ward Roney, J., entered May 25, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Williams, JJ.

[No. 2784-1.   Division One.   December 23, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG LINDSAY MARKHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 65603, George H. Revelle, J., entered December 28, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 2980-1.   Division One.   December 23, 1974.]

*In the Matter of the Welfare of* PHILLIP GREEN.

Appeal from a judgment of the Superior Court for King County, No. J-67070, George H. Revelle, J., entered April 12, 1974. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Farris and James, JJ.

[No. 3240-1.   Division One.   December 23, 1974.]

*In the Matter of the Welfare of* GREGORY LYNN GASPERE *et al.*

Appeal from a judgment of the Superior Court for King County, Nos. J-70330, J-51533, Norman W. Quinn, Ct. Commr., entered April 18, 1974. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Swanson, C.J., and James, J.